IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **HUGO VALDIVIA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 7520 |
| | ) | |
| **STATE OF ILLINOIS**; et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Last week prisoner plaintiff Hugo Valdivia ("Valdivia") filed a letter (Dkt. No. 29) asking, as to both this case and Case No. 16 C 7519 assigned to this Court's colleague Honorable John Tharp, "whats going on with these cases that I continue to pay for"? In the latter respect Valdivia's letter earlier states "one thing for sure is that money is still being taken out of my trust fund."

For Valdivia's information, this case was dismissed more than ten months ago by this Court's August 30, 2016 memorandum order. And as for his trust fund account, any lawsuit by a prisoner plaintiff obligates him or her to pay the filing fee in monthly installments until the full $350 has been paid, an obligation that continues even though the lawsuit may have been dismissed.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 14, 2017