# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HUGO VALDIVIA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16 C 7520 |
| STATE OF ILLINOIS; et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

On July 31, 2017 prisoner plaintiff Hugo Valdivia ("Valdivia") filed a handwritten "To whom it may concern" letter (Dkt. No. 33) inquiring as to the balances he owes on account of filing fees pursuant to 28 U.S.C. § 1915 (1) in this case assigned to this Court and (2) in Case No. 16 C 7519 assigned to this Court's colleague Honorable John Tharp. Because this Court is recuperating from surgery and therefore unable to pursue the matter personally, its able law clerk Emily Brown looked into the question and has obtained the requested information.

In brief, as of August 13 Valdivia has paid $343.23 toward the $350 filing fee in this case, so that he owes only the remaining $6.77 in this action. As to Judge Tharp's Case No. 16 C 7519, Valdivia has already paid $352.40 -- $2.40 more than the $350 fee -- and this Court is informed that Judge Tharp has just entered an order dealing with the situation in that case.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 17, 2017